COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:   In re Fort Bend Independent School District

Appellate case number:   01-18-01113-CV

Trial court case number:   18-DCV-251366

Trial court:   434th District Court of Fort Bend County

On August 5, 2019, relator, Fort Bend Independent School District, filed a supplemental petition for writ of mandamus seeking to compel the respondent district judge to vacate his July 26, 2019 order appointing Scott West as a guardian ad litem in the underlying proceedings.

With the petition, relator also filed an opposed "Motion for Expedited Consideration and Temporary Relief on Fort Bend Independent School District's Supplemental Petition for Writ of Mandamus" seeking expedited consideration of this original proceeding and a temporary stay of the respondent's order appointing the guardian ad litem, pending disposition of the supplemental mandamus petition. Relator's motion contains the required certificate of compliance. *See* TEX. R. APP. P. 52.10(a).

Accordingly, the Court **grants** the relator's motion and **ORDERS** that the respondent's July 26, 2019 order appointing a guardian ad litem is **stayed**. This stay is effective until the supplemental petition in this Court is finally decided or this Court otherwise orders the stay lifted. *See* TEX. R. APP. P. 52.10(b). Any party may file a motion for reconsideration of the stay. *See* TEX. R. APP. P. 52.10(c).

Finally, the Court requests a response to the supplemental petition for writ of mandamus by the real party in interest, Scott West. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 5 days from the date of this order**. *See* TEX. R. APP. P. 2, 52.4.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                            x  Acting individually      ☐  Acting for the Court

Date: August 5, 2019